# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161127(36)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re R.J. WHISMAN, Minor.

SC: 161127
COA: 349933
St. Joseph CC Family Division:
    2013-001005-NA

_____/

On order of the Chief Justice, the motion of respondent-appellant to waive fees is GRANTED. The Clerk of Court is directed to issue a refund for the filing fee that was paid for the application for leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2020



Clerk